Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Northern District of California

San Francisco Division



| | |
|---|---|
| Arturo Osiel Valencia Barrera | Case No. **CV 23  0576** LB |
| *Plaintiff(s)* | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✓ Yes ☐ No |
| -v- | |
| Berkeley Police Department, Target | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)



---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Arturo Valencia
   Address: 1714 Franklin St, Suite 100 - 154
   City: Oakland   State: CA   Zip Code: 94612
   County: Alameda
   Telephone Number: (323) 861-4547
   E-Mail Address: 74ArtV@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Berkeley Police Department
   Job or Title (if known):
   Address: 2100 Martin Luther King Jr Way
   City: Berkeley   State: CA   Zip Code: 94704
   County: Alameda
   Telephone Number: (510) 981-5900
   E-Mail Address (if known):
   [✓] Individual capacity  [✓] Official capacity

   Defendant No. 2
   Name: Target
   Job or Title (if known):
   Address: 1414 University Ave
   City: Berkeley   State: CA   Zip Code: 94702
   County: Alameda
   Telephone Number: (510) 542-5346
   E-Mail Address (if known):
   [✓] Individual capacity  [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address
    City        State        Zip Code
  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address
    City        State        Zip Code
  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity    ☐ Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? The Fourteenth Amendment to the United States Constitution, which provides that
   "[n]o State shall ··· deny to any person within its jurisdiction the equal protection of the laws."

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
Berkeley Police Department acted under color of state and local law in that Berkeley is it's own local, and state, government. They chose not to send a Sergeant for the poisoning allegation that I levied against Target, 1414 University Ave, Berkeley, CA 94702.

### III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?
The Berkeley Police Station located at 2100 Martin Luther King Jr Way, Berkeley, CA 94704.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?
February 7, 2023 at approximately 2PM.

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
On February 7, 2023, at approximately 2PM, I went to the Berkeley Police Department and requested to speak with a Sergeant because my food had been poisoned and I wanted to press charges and the food to be tested, I made that much clear to the Dispatch woman over the phone. She told me they were busy and that I would have to wait until they could send someone to speak with me. I waited patiently until 4:30PM. I waited for 2 and a half hours and I was never allowed to speak with a Sergeant in that time. I decided to leave because Berkeley PD have made me wait more than 6 hours, outside the Police Department, on one seperate occasion. I believe that there is a criminal conspiracy on the part of Target and the Berkeley Police Department. It is also my belief, that, the Berkeley Police Department did not send a Sergeant to speak with me because they know that I've filed other 1983 Civil Rights lawsuits on other police departments for the same reason of denying me the equal protection of the laws because they refuse to test the poisoned food I give to them. I had bought food from Target on February 7, 2023 and immediatley after eating it, I felt ill. It is my belief that Berkeley PD is aware that the food is poisoned and does not intend on stopping the crime that is putting my health in jeopardy.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I am suffering from severe pain to my chest/heart, abdominal pain, throat pain, head pain, ear pain, and severe body pain. I did not go to the hospital because I want criminal charges pressed and a criminal investigation to be launched and I think that the Berkeley Police Department will conspire with Medical Staff to undermine the severity of my claims and circumvent the need to test the poisoned products.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want criminal sanctions and charges to be placed on all the defendants, and involved parties, except for myself. I have many products that I have bought from that Target, all of which, I am confident are poisoned. I want simple lab tests conducted of all the products and I want all the employees investigated as part of a criminal conspiracy/organization, domestic terrorist group, who have targeted me and have been poisoning my food and benefiting from my pain and suffering. The members of this criminal conspiracy have also been stalking me. I want a thorough and extensive investigation into all the defendants and involved parties. As far as actual and punitive damages, I would like undisclosed damages, falling under both of those categories. I would like for the judge, or jury, to award actual, and punitive, damages once all the facts of the case have been discovered and brought to light, whatever the judge, or jury, deems appropriate under the circumstances. Due to the criminal nature of the conspiracy, I would also like declaratory relief, in the form of an order of protection, whichever the court may find appropriate to protect me, and my life, from harm, during the ongoing litigation of this lawsuit.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/08/2023

Signature of Plaintiff

Printed Name of Plaintiff: Arturo Valencia

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*    *State*    *Zip Code*

Telephone Number
E-mail Address