IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO OSIEL VALENCIA BARRERA,<br><br>          Plaintiff,<br><br>     v.<br><br>BERKELEY POLICE DEPARTMENT, et al.,<br><br>          Defendants. | Case No. 23-cv-00576-CRB<br><br>**ORDER OF DISMISSAL** |

Plaintiff Arturo Osiel Valencia Barrera sues the Berkeley Police Department and Target under 42 U.S.C. § 1983. Magistrate Judge Beeler reviewed the complaint under the in forma pauperis statute, 28 U.S.C. § 1915, concluded that the complaint was deficient, and gave Barrera leave to amend the complaint by no later than April 10, 2023. Screening Order (dkt. 7). Judge Beeler advised Barrera that if he failed to amend the complaint or otherwise respond to the order, the case will be reassigned to a district judge with a recommendation to dismiss the case. Id. at 2.

On July 3, having received no amended complaint from Barrera, Judge Beeler recommended that a district judge dismiss the case. See Report and Recommendation for Dismissal (dkt. 15). Pursuant to 28 U.S.C. § 636(b)(1)(C), Barrera was given 14 days to object to Judge Beeler's order. Id. The case was then reassigned to the undersigned Judge. See dkt. 16.

Barrera has since filed no objections to that order. Because the Court finds that Magistrate Judge Beeler's report and recommendation is well-reasoned, thorough, and correct, the Court adopts it in full. The Court hereby dismisses this case for failure to

prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: July 25, 2023



_____
CHARLES R. BREYER
United States District Judge