United States District Court
Northern District of California

1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    ARTURO OSIEL VALENCIA            Case No. 23-cv-00576-CRB
     BARRERA,
9
                Plaintiff,
10                                    **JUDGMENT**

11          v.

12   BERKELEY POLICE DEPARTMENT,
     et al.,
13
                Defendants.

14          For the reasons explained in the Court's order dismissing this case, see dkt. 17,

15   judgment is hereby entered in favor of Defendants and against Plaintiff Arturo Osiel

16   Valencia Barrera.

17          **IT IS SO ORDERED.**

18          Dated: July 25, 2023

19                                    _____
                                      CHARLES R. BREYER
                                      United States District Judge
20

21

22

23

24

25

26

27

28